UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES,

                    Plaintiff (s),

        v.

UNICOM TRANS INC.,
                    Defendant(s).

No. **C 07-04495 SI**

**ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND
ADR DEADLINES**

        IT IS HEREBY ORDERED that this action is assigned to the Honorable Susan Illston.  When
serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other
parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern
District of California"   and all other documents specified in Civil Local Rule 4-2.  Counsel must comply
with the case schedule listed below unless the Court otherwise orders.

        IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution
(ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize
themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern
District of California."

### CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 8/30/2007 | Complaint filed | |
| 11/26/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 12/7/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at  http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil _L.R . 16-9 |
| 12/14/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Ctrm. 10, 19th Floor at 2:00 PM | Civil _L.R.  16-10 |