**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO. Pte., LTD., a corporation,

    Petitioners,

v.

UNICOM TRANS, INC., a corporation,

    Respondent.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 4495 SI

E-Filing

TO:

Unicom Trans, Inc.
A California corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Mark K. de Langis (SBN 190083)
Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA 94903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING      AUG 2 9 2007

CLERK      DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE September 24, 2007

Service of the Summons and complaint was made by me[(1)]

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Nelson Tucker | Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.    Place where served:
Personal service on defendant Unicom Trans, Inc.'s Agent for Service of Process, Sun H. Kim, at 15500 S. Western Ave, 3rd Fl. Gardena, CA 90249

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 24, 2007
                     Date                    Signature of Server

See attached Proof of Service form

Process Service Network
20832 Roscoe Blvd., #110
Winnetka, CA  91306

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mark K. de Langis<br>Lucas Valley Law<br>2110 Elderberry Lane<br>San Rafael, CA 94903<br>TELEPHONE NO.: 415-472-3892   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US DISTRICT COURT |
|---|
| STREET ADDRESS: 450 GOLDEN GATE AVE |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: S.F., CA |
| BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA |

| PLAINTIFF/PETITIONER: American President Lines | CASE NUMBER:<br>C 07 4495 SI |
|---|---|
| DEFENDANT/RESPONDENT: Unicom Trans | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Petition for Order Confirming Award of Arbitrator;Order Setting Initial Case Management Conference and ARD Deadlines;ECF Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction
3. a. Party served *(specify name of party as shown on documents served)*:
   Unicom Trans, Inc., a corporation

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Sun H. Kim (Agent for Service)

4. Address where the party was served:
   15500 S. Western Ave 3rd Floor
   Gardena, CA 90249
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 9/19/07   (2) at *(time)*: 11:04am
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Martin Dean's ESSENTIAL FORMS™

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: American President Lines | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Unicom Trans | C 07 4495 SI |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on (date):           (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: Unicom Trans, Inc., a corporation
       under the following Code of Civil Procedure section:
       ☒ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☐ other:

7. **Person who served papers**
   a. Name: Process Service Network
   b. Address: 20832 Roscoe Blvd #110., Winnetka, CA 91306
   c. Telephone number: 818-772-4796
   d. The fee for service was: $ 45.00
   e. I am:                              CCP1033.5(a)(B)(4)
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner   ☐ employee   ☒ independent contractor.
          (ii) Registration No.: 1803
          (iii) County: Los Angeles

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/19/07

Nelson Tucker
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            ▶ _____(SIGNATURE)_____