1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   | In the Matter of the Arbitration between | No. C 07-04495 SI |
   |---|---|
   | AMERICAN PRESIDENT LINES, LTD., and APL CO. Pte., LTD. | DECLARATION OF MARK K. de LANGIS IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD |
   | Petitioners, | |
   | v. | [9 U.S.C. section 9] |
   | UNICOM TRANS, INC., a corporation, | Hearing Date: November 30, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor |
   | Respondent. | |
   | | The Honorable Susan Illston |

24  I, Mark K. de Langis, hereby declare and state:

25      1.   I am a member of the law firm Lucas Valley Law, counsel for Petitioners

26  American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL"). Except as

1  otherwise stated, all the matters set forth herein are of my own personal knowledge and, if called
2  upon to testify, I could and would competently testify thereto.
3      2.   I make this declaration in support of APL's motion to confirm its arbitration
4  award against Unicom Trans, Inc. ("Unicom"), in the above-captioned matter.
5      3.   On February 9, 2007, I initiated arbitration proceedings, on APL's behalf, with
6  the American Arbitration Association ("AAA") in the matter between APL and Unicom.
7      4.   On March 13, 2007, Ms. Jennifer Nilmeier, the AAA Case Manager, notified
8  APL (through the undersigned) and Unicom that Matthew J. Geyer, Esq. was appointed
9  arbitrator of the matter between the parties, in accordance with the Rules of the AAA.
10     5.   The duly appointed arbitrator, Matthew J. Geyer, Esq., conducted a Preliminary
11 Hearing on March 14, 2007 and subsequently notified both parties that the arbitration would
12 commence on May 18, 2007, via documents only. On May 18, 2007, I submitted pleadings and
13 proof to the arbitrator to establish Unicom's liability to APL for the dead freight owing as
14 described in the motion filed herewith. Such pleadings and proof were also served upon Susie
15 Kim, President of Unicom.
16     6.   Subsequent to that arbitration, I received from the AAA, an Award issued by Mr.
17 Geyer, dated and executed as of June 8, 2007. A true and correct copy of the Award is attached
18 to APL's Petition for Order Confirming Award of Arbitrator as Exhibit C.
19
20     I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct.
22
23     Executed this 15th day of October 2007, in San Rafael, California.
24
25                             _____
26                             Mark K. de Langis