1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   In the Matter of the Arbitration between      No.   C 07-04495 SI
14
   AMERICAN PRESIDENT LINES, LTD. and
15 APL CO. Pte., LTD.                            [PROPOSED] JUDGMENT

16
               Petitioners,
17
        v.
18
   UNICOM TRANS, INC., a corporation,
19
               Respondent.
20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9         UNITED STATES DISTRICT COURT
10        NORTHERN DISTRICT OF CALIFORNIA
11
12
13

| | |
|---|---|
| 14  In the Matter of the Arbitration between | No.   C 07-04495 SI |
| 15  AMERICAN PRESIDENT LINES, LTD. and<br>     APL CO. Pte., LTD. | JUDGMENT |
| 16 | |
| 17         Petitioners, | |
| 18      v. | |
| 19 | |
| 20  UNICOM TRANS, INC., a corporation, | |
| 21         Respondent. | |

22
23
24
25
26

1   On the date indicated below, this Court confirmed the award of the arbitrator in this
2   matter, dated June 8, 2007, attached as Exhibit "C" to the Petition for Order Confirming Award
3   of Arbitrator. In its Order Confirming the Arbitration Award, the Court directed that judgment
4   be entered in conformity with the arbitration award. Therefore,
5   IT IS ORDERED, ADJUDGED, AND DECREED that:
6   Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. recover from
7   Respondent, Unicom Trans, Inc. the principal sum awarded of $19,828.90 and costs of suit
8   herein of $350, for a total judgment in the amount of **$20,178.90.**
9
10  **IT IS SO ORDERED.**
11
12
    DATED: _____, 2007
13
14
                                            By: _____
15
                                                UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26