1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile:  (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   | In the Matter of the Arbitration between | No.  C 07-04495 SI |
14 | | |
   | AMERICAN PRESIDENT LINES, LTD. and | |
15 | APL CO. Pte., LTD. | [PROPOSED] JUDGMENT |
16 | | |
   |         Petitioners, | |
17 | | |
   |    v. | |
18 | | |
   | UNICOM TRANS, INC., a corporation, | |
19 | | |
   |         Respondent. | |
20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10     NORTHERN DISTRICT OF CALIFORNIA
11
12
13
14  | In the Matter of the Arbitration between | No.  C 07-04495 SI |
15  | AMERICAN PRESIDENT LINES, LTD. and APL CO. Pte., LTD. | JUDGMENT |
16
17  |            Petitioners, |
18  |      v. |
19
20  | UNICOM TRANS, INC., a corporation, |
          Respondent.
21
22
23
24
25
26

1  On the date indicated below, this Court confirmed the award of the arbitrator in this
2  matter, dated June 8, 2007, attached as Exhibit "C" to the Petition for Order Confirming Award
3  of Arbitrator. In its Order Confirming the Arbitration Award, the Court directed that judgment
4  be entered in conformity with the arbitration award. Therefore,
5  IT IS ORDERED, ADJUDGED, AND DECREED that:
6  Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. recover from
7  Respondent, Unicom Trans, Inc. the principal sum awarded of $19,828.90 and costs of suit
8  herein of $350, for a total judgment in the amount of **$20,178.90.**
9
10 **IT IS SO ORDERED.**
11
12 DATED: _____, 2007
13
14
15                                    By: _____
16                                         UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26