UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/30/07

Case No.   C07-4495 SI          Judge:  SUSAN ILLSTON

Title: AMERICAN  -v- UNICOM

Attorneys: M. Langis         n/a

Deputy Clerk: Tracy Sutton   Court Reporter: M. Gurule

**PROCEEDINGS**

1)   Motion to Confirm Arbitration Award - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  (X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED PART

Case continued to ___ @ 2:30 p.m. for Further Case Management Conference

Case continued to ___ @ 9:00 a.m. for Motions
(Motion due , Opposition  Reply )

Case continued to ___ @ 3:30 p.m. for Pretrial Conference

Case continued to ___ @ 8:30 a.m. for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: